**FILED**
April 20, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>LONNIE CHARLES DENISON, )<br>)<br>Defendant. ) | Case No. Mag 07-0122 DAD<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Lonnie Charles Denison</u>, Case No. <u>Mag 07-0122 DAD</u>, Charge <u>Title 18 USC § 1366</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ~~■~~ *DAD*  Release on Personal Recognizance

    X  Bail Posted in the Sum of $ __50,000__

    X  Unsecured Appearance Bond

    __  Appearance Bond with 10% Deposit

    __  Appearance Bond with Surety

    __  Corporate Surety Bail Bond

    X  (Other) __Pretrial Services Supervision on Conditions. Release to occur 4/23/07 @ 8:30 a.m. to Pretrial Services.__

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on __April 20, 2007__ at __3:00__ pm.

By _____/s/ Dale A. Drozd_____
Dale A. Drozd
United States Magistrate Judge

Original - U.S. Marshal