```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
LONNIE C. DENISON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                )<br>            Plaintiff,          )<br>                                )<br>  v.                            )<br>                                )<br> LONNIE C. DENISON,             )<br>                                )<br>            Defendant.          )<br>_____ ) | NO. CR.S-07-169-GEB<br><br>**STIPULATION AND ORDER;**<br>**EXCLUSION OF TIME**<br><br>Date: July 27, 2007<br>Time: 9:00 a.m.<br>Judge: Hon. Garland E. Burrell, Jr. |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KYLE REARDON, Assistant United States Attorney, attorney for Plaintiff, RACHELLE BARBOUR, Assistant Federal Defender, attorney for Defendant, that the status conference hearing date of June 29, 2007 be rescheduled for July 27, 2007 at 9:00 a.m.

    This continuance is requested as defense counsel needs additional time to review the discovery with Mr. Denison and to obtain additional discovery from the government.  The parties will then discuss the case and determine if it will be resolved with a guilty plea.

    Accordingly, all counsel and the defendant agree that time under

Stip and Order

the Speedy Trial Act from the date this stipulation is lodged, through July 27, 2007, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

                                            Respectfully submitted,

                                            DANIEL J. BRODERICK
                                            Federal Defender

DATED: June 27, 2007                   /s/ RACHELLE BARBOUR
                                            RACHELLE BARBOUR
                                            Assistant Federal Defender
                                            Attorney for Defendant
                                            LONNIE C. DENISON

                                            McGREGOR SCOTT
                                            United States Attorney

DATED: June 27, 2007                   /s/ RACHELLE BARBOUR
                                            KYLE REARDON
                                            Assistant U.S. Attorney
                                            Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.** Time is excluded and the hearing continued on the dates and upon the grounds set forth above in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

Dated:  June 28, 2007

_____
                              GARLAND E. BURRELL, JR.
                              United States District Judge