DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
LONNIE C. DENISON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | NO. CR.S-07-169-GEB |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER;** |
| v. ) | **EXCLUSION OF TIME** |
| ) | |
| LONNIE C. DENISON, ) | Date: September 7, 2007 |
| ) | Time: 9:00 a.m. |
| Defendant. ) | Judge: Hon. Garland E. Burrell, Jr. |
| _____ ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KYLE REARDON, Assistant United States Attorney, attorney for Plaintiff, RACHELLE BARBOUR, Assistant Federal Defender, attorney for Defendant, that the status conference hearing date of July 27, 2007 be rescheduled for September 7, 2007 at 9:00 a.m.

This continuance is requested as defense counsel needs additional time to review the discovery with Mr. Denison and to obtain additional discovery from the government.  The parties will then discuss the case and determine if it will be resolved with a guilty plea.

Accordingly, all counsel and the defendant agree that time under

Stip and Order

the Speedy Trial Act from the date this stipulation is lodged, through September 7, 2007, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

DATED: July 31, 2007                    /s/ RACHELLE BARBOUR
                                        RACHELLE BARBOUR
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        LONNIE C. DENISON


                                        McGREGOR SCOTT
                                        United States Attorney


DATED: July 31, 2007                    /s/ RACHELLE BARBOUR
                                        KYLE REARDON
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff


**O R D E R**

**IT IS SO ORDERED.** Time is excluded and the hearing continued on the dates and upon the grounds set forth above in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

DATED: August 6, 2007

                                        GARLAND E. BURRELL, JR.
                                        United States District Judge