DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
LONNIE C. DENISON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | NO. CR.S-07-169-GEB |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER;** |
| v. ) | **EXCLUSION OF TIME** |
| ) | |
| LONNIE C. DENISON, ) | Date: October 12, 2007 |
| ) | Time: 9:00 a.m. |
| Defendant. ) | Judge: Hon. Garland E. Burrell, Jr. |
| _____ ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KYLE REARDON, Assistant United States Attorney, attorney for Plaintiff, RACHELLE BARBOUR, Assistant Federal Defender, attorney for Defendant, that the status conference hearing date of September 7, 2007 be rescheduled for October 12, 2007 at 9:00 a.m.

This continuance is requested as defense counsel needs additional time to review the discovery with Mr. Denison and to obtain additional discovery from the government.  Defense counsel will also be conducting a site visit to the scene of the charged incident.  The parties will be discussing the case to determine if it will be resolved with a guilty

plea.

Accordingly, all counsel and the defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged, through October 12, 2007, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

DATED: September 5, 2007          /s/ RACHELLE BARBOUR
                                  RACHELLE BARBOUR
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  LONNIE C. DENISON


                                  McGREGOR SCOTT
                                  United States Attorney

DATED: September 5, 2007          /s/ RACHELLE BARBOUR
                                  KYLE REARDON
                                  Assistant U.S. Attorney
                                  Attorney for Plaintiff

## **O R D E R**

**IT IS SO ORDERED.** Time is excluded and the hearing continued on the dates and upon the grounds set forth above in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

Dated: September 11, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stip and Order                              2