McGREGOR W. SCOTT
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I St., Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>     v.<br><br>LONNIE DENISON,<br><br>         Defendant. | No. CR-S-07-0169 GEB<br><br>**PROTECTIVE ORDER** |

The parties, the United States of America, by and through Assistant United States Attorney Kyle Reardon, and the defendant, by his attorney, Assistant Federal Defender Rachelle Barbour, have consulted and agreed to entry of the following Order concerning specified investigation and discovery in this matter.  This Order concerns photographs and measurements to be taken by the defense at the California Independent System Operator facility (CAL-ISO).

**IT IS HEREBY ORDERED THAT:**

1.  Due to the nature of operations at CAL-ISO and the need to protect critical energy transmission infrastructure, all photographs and measurements taken by the defense at the CAL-ISO facility be kept

1  by the defense team in a secure place accessible only to the defense
2  team.  The following individuals may examine this material:  (a) any
3  member of the defense team; (b) the defendant, with counsel present;
4  and (c) any expert retained by the defendant to assist in the defense
5  of this case.
6      2.  All individuals who receive access to the materials pursuant
7  to this Protective Order, prior to receiving access to the materials,
8  shall sign a copy of this Protective Order, acknowledging that:  (a)
9  they have reviewed the Protective Order; (b) they understand its
10 contents; (c) they agree that they will only access the materials for
11 the purposes of preparing a defense for defendant; (d)  they will not
12 disclose the materials without further order of the Court; and, (e)
13 they understand that failure to abide by this Protective Order will
14 result in sanctions by the Court.
15     3.  The defense may provide discovery of the materials to the
16 government as provided in Federal Rule of Criminal Procedure 16.
17 Should the government receive this material, it will likewise be
18 subject to and comply with this Protective Order.
19     4.  Counsel for the defendant shall promptly file signed copies of
20 this Protective Order.
21     5.  All materials shall be maintained by defense counsel, and
22 shall be used by counsel and any members of her staff and/or expert
23 witnesses solely and exclusively in connection with this case
24 (including plea negotiations, trial preparation, trial, and appeals or
25 other related legal proceedings) and for no other purposes.
26     6.  None of the materials shall be copied, printed, electronically
27 mailed, or in any way reproduced, distributed or disseminated absent a
28 specific order of this Court, except that copies may be made for the

purpose of preparing a defense, plea negotiations, and providing discovery to the government.

7. At the conclusion of the case, including all appeals and collateral attacks, all materials shall be destroyed by the parties.

8. Defendant reserves the right to seek to modify these procedures should an issue arise. The government reserves the right to object to any modification of these procedures, or to seek a modification in these procedures should an issue arise.

9. A copy of this Order shall be kept with the aforementioned materials at all times.

Respectfully Submitted,

McGREGOR W. SCOTT
United States Attorney

Dated: October 1, 2007          By: */s/ Kyle Reardon*
                                    KYLE REARDON
                                    Assistant U.S. Attorney


Dated: October 1, 2007          By: */s/ Rachelle Barbour*
                                    RACHELLE BARBOUR
                                    Attorney for defendant


O R D E R

Noting that the parties' stipulation covers only investigation and discovery and not the filing of documents with the court, and reminding the parties that the filing of documents shall continue to be governed by the Federal Rules of Civil Procedure and the Local Rules, and good cause showing, the foregoing is APPROVED AND IT IS SO ORDERED.

DATED: October 1, 2007.

U.S. MAGISTRATE JUDGE

3

ACKNOWLEDGEMENT OF OBLIGATIONS UNDER THIS PROTECTIVE ORDER

I hereby acknowledge that I have reviewed this Protective Order. I understand its contents and agree that I am viewing the materials only for the purpose of preparing a defense for the defendant. I will not disclose the materials without further order of the Court. I understand that failure to abide by this Protective Order will result in sanctions by the Court.

Date: _____    _____
                                        Printed Name


                                        _____
                                        Signature


Date: _____    _____
                                        Printed Name


                                        _____
                                        Signature


Date: _____    _____
                                        Printed Name


                                        _____
                                        Signature


Date: _____    _____
                                        Printed Name


                                        _____
                                        Signature