DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
LONNIE C. DENISON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                    )<br>            Plaintiff,              )<br>                                    )<br>   v.                               )<br>                                    )<br> LONNIE C. DENISON,                 )<br>                                    )<br>            Defendant.              )<br> _____    ) | NO. CR.S-07-169-GEB<br><br>**STIPULATION AND ORDER;**<br>**EXCLUSION OF TIME**<br><br>Date: December 7, 2007<br>Time: 9:00 a.m.<br>Judge: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KYLE REARDON, Assistant United States Attorney, attorney for Plaintiff, RACHELLE BARBOUR, Assistant Federal Defender, attorney for Defendant, that the status conference hearing date of November 2, 2007 be rescheduled for December 7, 2007 at 9:00 a.m.

This continuance is requested as defense counsel needs additional time to discuss the case with Mr. Denison and the government.  The parties will be discussing the case to determine if it will be resolved with a guilty plea.  If so, the plea agreement will need to be written and presented to Mr. Denison.

Accordingly, all counsel and the defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged, through December 7, 2007, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

```
                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender


DATED: October 23, 2007             /s/ RACHELLE BARBOUR
                                    RACHELLE BARBOUR
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    LONNIE C. DENISON


                                    McGREGOR SCOTT
                                    United States Attorney


DATED: October 23, 2007             /s/ RACHELLE BARBOUR
                                    KYLE REARDON
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff
```

## O R D E R

**IT IS SO ORDERED.** Time is excluded and the hearing continued on the dates and upon the grounds set forth above in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

Dated:  October 24, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stip and Order                                          2