```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
LONNIE C. DENISON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>  v.<br><br>LONNIE C. DENISON,<br><br>         Defendant.<br>_____ | NO. CR.S-07-169-GEB<br><br>**STIPULATION AND ORDER;**<br>**EXCLUSION OF TIME**<br><br>Date: December 14, 2007<br>Time: 9:00 a.m.<br>Judge: Hon. Garland E. Burrell, Jr. |

　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KYLE REARDON, Assistant United States Attorney, attorney for Plaintiff, RACHELLE BARBOUR, Assistant Federal Defender, attorney for Defendant, that the status conference hearing date of December 7, 2007 be rescheduled for December 14, 2007 at 9:00 a.m. in anticipation of a change of plea.  Mr. Denison is out of custody.

　　　This continuance is requested as the parties need additional time to finalize a proposed plea agreement and provide it to the Court with a proposed superseding information and a waiver of indictment.

Accordingly, all counsel and the defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged, through December 14, 2007, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

DATED: December 6, 2007          /s/ RACHELLE BARBOUR
                                 RACHELLE BARBOUR
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 LONNIE C. DENISON


McGREGOR SCOTT
United States Attorney

DATED: December 6, 2007          /s/ RACHELLE BARBOUR
                                 KYLE REARDON
                                 Assistant U.S. Attorney
                                 Attorney for Plaintiff

## O R D E R

**IT IS SO ORDERED.** Time is excluded and the hearing continued on the dates and upon the grounds set forth above in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

DATED: December 7, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stip and Order                                    2