BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700
(916) 554-2900 FAX

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LONNIE CHARLES DENISON,<br><br>Defendant. | CASE NO. 2:07-CR-00169 GEB<br><br>**SENTENCING MEMORANDUM**<br><br>Date: April 19, 2013<br>Time: 9:00 a.m.<br>Court: Hon. Garland E. Burrell |

The United States of America, by and through the undersigned attorneys, respectfully submits this Sentencing Memorandum. For the reasons provided below, the government recommends a sentence of 4 months imprisonment, to be followed by 32 months of supervised release. The United States also recommends imposition of additional terms of supervised release prohibiting alcohol and requiring a 120-day period of home detention.

I. BACKGROUND

On March 25, 2013, the defendant admitted to the charges contained in the Petition for Violation of Supervised Release. C.R. 51. These charges included a new law violation, failure to report contact with law enforcement, and leaving the jurisdiction without prior approval.

## II. SENTENCING CALCULATION

### A. Statutory Maximum Sentence

The maximum sentence that may be imposed for the admitted to violations is up to five years.

### B. Guidelines Calculation

The sentencing guideline range for the defendant's conduct is four to ten months.

### C. The Probation Officer's Recommended Sentence

The Probation Officer recommends a sentence of four months imprisonment to be followed by a 32-month term of supervised release. The Probation Officer also recommends that the defendant be ordered to abstain from alcohol, and that the defendant be ordered to serve 120-days home confinement.

## III. GOVERNMENT'S RECOMMENDATION

The United States supports the Probation Officer's recommendations. The United States is aware of the defendant's background and history. Nonetheless, the United States believes that a sentence of four months imprisonment to be followed by lengthy period of supervision is the most appropriate sentence in this case. This sentence appropriately punishes the defendant for his serious violations of the terms of his release, while also allowing him the opportunity to fully recover in a controlled environment.

A four-month sentence is at the bottom of the guideline range called for in this case. This term of imprisonment sends an appropriate message to the defendant that there are serious consequences from his failure to comply with the Court's orders, and his inability to temper his actions. Moreover, the United States believes that this period of confinement, along with the close supervision that will be possible with a 120-day term of home confinement following his release, is critical to ensuring the defendant's long-term recovery and success.

The United States' recommended sentence is not being made without due consideration of all of the relevant factors in this case. The United States believes that its recommended sentence is sufficient, but not greater than necessary to punish the

defendant for his conduct, deter future criminal behavior, and ensure long-term success. Accordingly, the United States asks the Court to impose the sentence recommended by the Probation Officer, and to sentence the defendant to a four-month term of imprisonment, to be followed by a 32-month term of supervised release. In addition, the United States asks the Court to impose additional conditions of release forbidding the defendant from consuming alcohol, and requiring a 120-day period of home confinement.

DATED: April 18, 2013                    Respectfully Submitted,

                                                    BENJAMIN B. WAGNER
                                                  United States Attorney

By:
                                                  */s/ Kyle Reardon*
                                                  KYLE REARDON
                                                  Assistant U.S. Attorney