# UNITED STATES DISTRICT COURT
## Eastern District of California

# Petition to Modify the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing, is on file)*

**Name of Offender:**  Lonnie Charles DENISON  **Docket Number:**  2:07CR00169-01

**Name of Judicial Officer**:  Senior United States District Judge Garland E. Burrell, Jr.

**Date of Original Sentence:**  4/11/2008

**Original Offense:** 18 U.S.C. § 1366(b) - Damage to an Energy Facility (CLASS D FELONY)

**Original Sentence:** 60 months term of Probation; $100 special assessment; $34,163.00 restitution; Mandatory drug testing; No firearms; and DNA collection.

**Special Conditions:**

1) Drug/Alcohol Treatment
2) Drug/Alcohol Testing
3) Outpatient Mental Health Treatment
4) 180 Days of Location Monitoring
5) Aftercare Co-payment
6) No Contact with CAL-ISO.

**Type of Supervision:**  Supervised Release

**Date Probation Commenced:**  04/11/2008;  **Supervision Commenced:** 07/12/2013

**Other Court Actions:**

**09/07/2012:**  Probation Form 12C – Petition for warrant filed reporting: 1) New law violation; 2) Failure to report law enforcement contact; and 3) Leaving district without permission.

**04/19/2013:**  Disposition: Probation revoked; Sentenced to 4 months imprisonment followed by 32 months Supervised Release with the following special conditions: 1) Drug/Alcohol Treatment; 2) Drug/Alcohol Testing: 3) Abstain From Alcohol; 4) Outpatient Mental Health treatment; 5) 120 Days of Location Monitoring; 6) Aftercare Co-payment; 7) No Contact with CAL-ISO.

**07/12/2013:**  Supervised Release recommenced.

RE: **Lonnie Charles DENISON**             Docket Number: 2:07CR00169-01

<u>**01/12/2015:**</u>         Probation Form 12B – Petition for modification filed as a result of illicit drug use. Court approved modification to include a 90 inpatient substance treatment placement.

---

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

> The defendant shall reside and participate in a residential community corrections center, San Francisco for a period of up to 180 days; said placement shall commence on May 6, 2015, pursuant to 18 USC 3563(b) (11). The defendant shall pay the cost of confinement as determined by the Bureau of Prisons.

**Justification:** On January 2, 2015, Mr. Denison entered A-House (Well Space) residential inpatient substance abuse treatment as a result of previously detected illicit drug use. However, on February 5, 2015, the offender walked out of said treatment facility without prior approval/notification. When questioned, offender conveyed his abrupt decision stemmed from personal safety concerns. Specifically, Denison was threatened by multiple residents after the offender reporting unauthorized cellular telephone possession/usage.

Thereupon, Denison was referred to weekly mental health treatment (psychological and counseling) and was placed on formal drug testing at the highest frequency. Although his parents recently sold their Fairfield home and were in the process of moving to Texas, he was allowed to move into the residence until their relocation.

On April 24, 2015, the undersigned received notification that Denison missed drug testing. In addition, the offender's mother called the probation office and reported Denison had relapsed. On April 27, 2015, the probation officer performed a home visit, at which time the offender admitted to alcohol and methamphetamine use.

Mr. Denison undoubtedly has a substance abuse problem which needs addressing. Additionally, his parents are vacating their Fairfield residence and moving to Texas on May 8, 2015. With the offender's pending eviction from his parents' residence, he will be homeless within a matter of days.

That said, it is the undersigned probation officer's opinion that Denison could benefit from a Court-ordered intervention at this time. The proposed RRC placement will serve as a reminder that the offender will be held accountable for noncompliance behavior, and provide the offender with necessary drug treatment to address his substance abuse problem. It is the probation officer's hope the added accountability, structure, and expectations of RRC placement will be the motivation needed in assisting Denison with attaining his goals. The offender's term of supervised release is set to expire on March 11, 2016.

Respectfully submitted,

**/s/ Vladimir Pajcin**

**VLADIMIR PAJCIN**
**United States Probation Officer**
Telephone: (916) 786-2357

**DATED:** 5/4/2015

Reviewed by,

**/s/ Michael A. Sipe**

**MICHAEL A. SIPE**
**Supervising United States Probation Officer**

**THE COURT ORDERS:**

☒  Modification approved as recommended.

☐  Modification not approved at this time.  Probation Officer to contact Court.

☐  Other

Dated:  May 4, 2015

GARLAND E. BURRELL, JR.
Senior United States District Judge

CC:
United States Probation
Assistant United States Attorney: Kyle F. Reardon
Defense Counsel: Rachelle Barbour